STATE of Missouri, Respondent,

v.

**Eugene Clark SMITH, Appellant.**

**No. 45521.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 29, 1983.

Thomas R. Motley, Public Defender, Hannibal, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, C. David Henderson, Pros. Atty., New London, for respondent.

ORDER

PER CURIAM.

Defendant appeals from his conviction of robbery in the second degree, forcible rape, and kidnapping. He was sentenced to concurrent terms of eight years' imprisonment for the robbery, eight years' imprisonment for the rape, and five years' imprisonment for the kidnapping. A written opinion would serve no jurisprudential purpose. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).